United States District Court
Southern District of Texas
FILED

MAR 1 5 2021

Nathan Ochsner, Clerk

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. M-21-0553-M |
| ISRAEL RUIZ (2001 - USC) | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 1, 2020-February 29, 2020 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor |

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

Complaint Authorized AUSA Michael Mitchell 3/15/2021

Sworn to and executed by reliable electronic means, sworn to U.S. Magistrate Judge Nadia S. Medrano and attested telephonically per F.R.CR.4.1, and probable cause found on

/s/ Jeremy Fisher
*Complainant's signature*

Jeremy Fisher, Special Agent, FBI
*Printed name and title*

Date: 03/15/2021 3:45pm

*Judge's signature*

City and state: McAllen, Texas

Honorable Nadia S. Medrano U.S. Magistrate Judge
*Printed name and title*

# Attachment "A"

## Affidavit in Support of Complaint

I, Special Agent Jeremy Fisher, being first duly sworn, state as follows:

1. On October 15, 2020, FBI San Antonio - McAllen RA received a lead from the FBI field office located in Denver, regarding the possible sexual exploitation of children online. The individual identified during the course of this investigation is Israel RUIZ who resides in McAllen, Texas.

2. During FBI Denver's investigation, they came into contact with a nine-year old minor female child (hereinafter referred to as "MF-1"). MF-1 had created Child Sexual Abuse Material ("CSAM") for an adult identified in their investigation. A cellphone extraction of MF-1's device was conducted and an additional male subject, later identified as RUIZ, was identified as possibly receiving CSAM.

3. RUIZ was identified through subpoenas and open-source information connecting the subject associated with the IP Addresses. RUIZ and MF-1 had the following conversation:



1

4.   MF-1 is nine years of age and has posts on her Instagram that depict her age range. Through my training and experience most subjects displaying this behavior are speaking with numerous victims within the same age range. RUIZ is twenty years of age and is able to discernably identify a female who would be considered "underage."

5.   Search warrants for Instagram accounts "ruizisrael1" and "ruizisrael541" were obtained and served. The following information was obtained from the examination of the Instagram returns:

   a.   Listed below is the conversation that took place on the social media platform Instagram (January-February of 2020). RUIZ contacted a user identified by a vanity name "▓▓▓▓▓▓▓▓", XXX XXX (hereinafter, MF-2):

| RUIZ | Hi |
| RUIZ | Hey |
| RUIZ | Do you know winninhere93 |
| RUIZ | Because it's me i still have the pic of your pussy baby |
| RUIZ | I keep jerking off to it |
| RUIZ | Want me to post it online |

RUIZ attempted to video call MF-2 multiple times, but MF-2 did not answer. The conversation continued:

| MF-2 | PS I can't right now and war time is it (can't video chat) |
| MF-2 | What time is it |
| RUIZ | Btw my old account was winninghere93 the one that you showed your pussy to and I never deleted the pic do you want me to post it online |
| RUIZ | I'm about to post it |
| MF-2 | No |
| MF-2 | Sorry |
| RUIZ | Sorry what |
| MF-2 | I am rilly sorry  Plz Dont |
| RUIZ | Do as I say and I won't post it okay baby |
| MF-2 | K |
| RUIZ | If you block me or delete me or delete the chat I'll post it |
| MF-2 | Ok |
| RUIZ | Are you alone |
| MF-2 | No |
| RUIZ | Who's with you |
| MF-2 | I am at a Funeral |
| RUIZ | Can you go to the bathroom |
| Chat continues… | |
| RUIZ | Well when you get home alone in your room you will be my naughty slave and do as i say and if you block me I'll post that pussy pic online to Twitter and Facebook and snap and Instagram |

2

| RUIZ | Do you understand |
|------|-------------------|
| MF-2 | Yes |
| MF-2 | Can u just Dleat it |
| RUIZ | Good and last time this happened on my other account I said I deleted it because you were crying and I didn't wanna see your cute face cry |
| RUIZ | But I never deleted it |
| MF-2 | Plz if my mom sees it on facebook and Twitter see will yah |
| MF-2 | Get rilly mad at me plz Dleat it |
| Chat continues… | |
| MF-2 | Don't post it |
| MF-2 | Plz |
| RUIZ | Then do as i say slave when Your alone you will do as i say on vc |
| MF-2 | But will it say my name on it |
| RUIZ | Your pussy pic? |
| RUIZ | Yeah I took a photo of your face also and it also shows your name so yea |
| MF-2 | Plz Dont post it |
| Chat continues… | |
| RUIZ | I'm jerkin my cock right now slave |
| MF-2 | I Have to go she is going to take my phone away righ now |
| RUIZ | No slave I need your young body on vc |
| RUIZ | Ok before you go say I love you master and I want your cock inside me |
| MF-2 | What |
| RUIZ | Say that |
| MF-2 | K |
| RUIZ | Like type it |
| MF-2 | K |
| MF-2 | Like send it to u |
| RUIZ | Yes or send me a voice message saying it if you can |
| MF-2 | I cant |
| RUIZ | Ok just type it |
| MF-2 | K |
| MF-2 | Love you master and I want your **** inside ** |
| RUIZ | Say cock |
| MF-2 | Cock |
| RUIZ | You wanna suck my cock slave |
| MF-2 | Idk But I have to go |

b. Listed below is the conversation that took place on the social media platform Instagram (February of 2020). RUIZ contacted a user identified by vanity name "", XXX XXX (hereinafter, MF-3)

| RUIZ | How old r u |
|------|-------------|
| MF-3 | Hi |
| MF-3 | I am 19 |
| MF-3 | What about you |
| RUIZ | I'm 12 You don't look 19 |
| Chat continues… | |
| MF-3 | What your name |
| RUIZ | Israel |
| MF-3 | My name is MF-3 |

3

| RUIZ | Are you really 19 |
|---|---|
| MF-3 | No |
| RUIZ | How old r u |
| MF-3 | 11 |
| RUIZ | Well like I said before I'm looking for a girl around my age that want to have fun |
| MF-3 | Okay |
| Chat continues... | |
| RUIZ | Wanna have fun on video chat like naughty fun |
| MF-3 | What |
| RUIZ | Wanna have fun on video chat |
| MF-3 | Okay |
| RUIZ | Do you know what kind of fun I mean |
| MF-3 | No |
| RUIZ | I'll show you just call me |
| RUIZ | Are you alone |
| MF-3 | Yes |
| RUIZ | Ok call me and ill show you |
| Video call occurs | |
| RUIZ | Did u like if |
| RUIZ | It |
| RUIZ attempted to call MF-3 multiple times and did not receive an answer | |
| RUIZ | Im not showing it anymore |
| RUIZ | I'm not showing It |

MF-3 ignored RUIZ for multiple messages and video calls. Eventually MF-3 replied and demanded RUIZ stop.

  c. Listed below is the conversation that took place on the social media platform Instagram (February of 2020). RUIZ contacted a user identified by vanity name "▓▓▓▓▓▓▓", XXX XXX (hereinafter, MF-4)

| 2. RUIZ | How old r u |
|---|---|
| MF-4 | Good |
| RUIZ | Wyd |
| MF-4 | I'm at a party |
| RUIZ | Are you alone rn |
| RUIZ | Oh your with ▓▓▓ |
| MF-4 | No one m alone I'm really drunk |
| RUIZ | Show me your face on call |
| RUIZ attempted to get MF-4 to video chat | |
| MF-4 | Hey how are you |
| MF-4 | Hey |
| RUIZ | Wanna help me cum on video chat |
| MF-4 | Hold on |
| RUIZ | Okay |
| RUIZ | Wait will you help me tho |
| MF-4 | Yes |
| RUIZ | What will you show me |
| MF-4 | What you mean |
| RUIZ | Do you know what i mean by cum |
| MF-4 | No |

4

| RUIZ | Like will you help me ejaculate like shoot my sperm |
| MF-4 | What |
| RUIZ | Will you help me sexually on videochat is what I mean |
| MF-4 | No |
| RUIZ messaged MF-4 about "helping" him and MF-4 continued to deny assistance. ||
| RUIZ | Just show me your pussy and titties once or strip on video chat for me till I cum |
| MF-4 | No |
| MF-4 | Why did you try to get ▓▓▓ to strip in front of you |
| MF-4 identifies ▓▓▓▓▓▓▓▓ and RUIZ replied ||
| RUIZ | Oh her ehhh |
| MF-4 | Ya her |
| RUIZ | She's weird |
| MF-4 | But why |
| RUIZ | She wouldn't show me het titts |
| RUIZ | Her |
| MF-4 | So |
| MF-4 | It's because she is 11 |
| RUIZ | She said she wanted to suck my cock if I came to her house and told me to meet her at a gas station and then go to her house and fuck her |

    d. Listed below is the conversation that took place on the social media platform Instagram (February of 2020). RUIZ contacted a user identified by vanity name "▓▓▓▓▓▓", XXX XXX (hereinafter, MF-5)

| RUIZ | How old r u |
| MF-5 | Who are you |
| RUIZ | Someone that just wants friends |
| RUIZ | I'm 11 |
| MF-5 | Oh |
| MF-5 | Uh ok |
| MF-5 | I'm 11 |
| MF-5 | I'm turning 12 in June |
| Chat continues… RUIZ asked MF-5 if they were in a room alone ||
| MF-5 | Yeah I'm in my room? |
| RUIZ | Wanna help me cum on video chat |
| MF-5 | What |
| MF-5 | Omg no |
| RUIZ | Please just once |
| MF-5 | What? |
| RUIZ | Can you help me cum |
| MF-5 | Cum? |
| MF-5 | Wtf |
| RUIZ | Why did you say omg no when I asked what did you think it meant |
| MF-5 | Idk |
| MF-5 | That's why I'm so confused |
| MF-5 | Bc I don't know what you mean |
| RUIZ | It means help me do something on video chat like something dirty |
| RUIZ | Will you do it |

5

| | |
|---|---|
| RUIZ | Like naughty thing |
| MF-5 | No you weirdo |
| Chat continues… RUIZ escalated his attempt to get MF-5 to comply | |
| RUIZ | If you don't help me on video chat I'll shoot myself in the head with my dads guns |
| Chat continues… MF-5 explains they were going to kill herself, but a friend talked her out of it. MF-5 attempts to help RUIZ change his mind. | |
| RUIZ | Ok look if you let me watch you take off your clothes on video chat then i won't shoot myself |
| MF-5 | No! |

RUIZ and MF-5 continued to argue, and both changed their ages multiple times. MF-5 eventually states she's 15. SA Fisher is still attempting to identify MF-5 to obtain her correct age.

6. On April 23, 2020, an administrative subpoena was served to Instagram for subscriber information associated to the username "ruizisrael541". On February 18, 2021, Instagram provided the following subscriber information as well as identifying the device being used. The results revealed the following:

**Devices**      **Type** UUID
                                 **Id** android-e8116d6dd6d70ae6
                             **Active** true

"ruizisrael1"

**Devices**      **Type** UUID
                                 **Id** android-e8a80f893335b98f
                             **Active** true

"ruizisrael541"

*Account: ruizisrael541, ID 14469628108*

*Name: Israel Ruiz*

*Date account registered: 06/07/2019 00:41:23 UTC*

*Registration IP address: 24.162.191.66*

*NCMEC CyberTip created re account on 09/11/2019. CyberTip ID 55122392*

7. An open-source query of the IP address reveals it is associated with Spectrum (Charter Communications) in McAllen, TX. A review of the NCMEC CyberTip ID 55122392, included the email address of "ruizisrael541@gmail.com" associated with the account.

6

8. On April 23, 2020 an Administrative Subpoena was served on Google to obtain further subscriber information of the email address "ruizisrael541@gmail.com". The results revealed the following:

*Google Account ID: 341230015060*

*Name: Israel Ruiz*

*Email: ruizisrael541@gmail.com*

*Created on: 12/25/2018*

*Recovery SMS: 956-515-████*

*Login Activity: 03/23/2020, IP address 2605:6000:160b:8abd:c5ed:857a:fb2e:1485*

9. On May 5, 2020 an Administrative Subpoena was served on T-Mobile to obtain further subscriber information on telephone number 956-515-████. The results indicate the subscriber is Jennifer Ruiz, with both the service and billing address of ██████████ **McAllen, TX 78501.**

10. An open-source query of the IP address indicates it is associated with Spectrum, McAllen, TX. On August 31, 2020 an Administrative Subpoena was served on Charter Communications (parent company of Spectrum) to obtain the user of IP addressed utilized as associated with the registration of the Instagram account and the recent activity of Gmail address. The results revealed the following:

7

    a. IP address: 24.162.191.66, on 06/07/2019 at 12:41:00 AM UTC was subscribed to Jennifer Ruiz, ███████, McAllen, TX 78504; username ███████@gmail.com and phone number 956-789-███.

    b. IP address 2605:6000:160b:8abd:c5ed:857a:fb2e:1485, on 03/23/2020 at 4:48:00 PM UTC was subscribed to Isaac Wolf, ███████, McAllen, TX 78501; username ███████@gmail.com and telephone number 956-789-███.

    c. Isaac Wolf's legal name is currently Isaac Mendoza.

11. According to open-source database Accurint, both telephone numbers 956-789-███ and 956-789-███ are associated with the address of ███████, **McAllen, TX 78501**. The address is associated with Jennifer Anes-Ruiz.

12. Through open-source searches of Facebook it was determined that Jennifer Anes-Ruiz's account had posted a photograph of her son. Anes-Ruiz's son was identified as RUIZ. As of February 2021, the Instagram user profile "ruizisrael541" is still active. It is a private account with no profile picture. On March 10, 2021, surveillance was conducted, and RUIZ was observed exiting the target residence.

13. A premises search warrant was executed on March 15, 2021 at 6:00AM at ███████, McAllen, TX 78501. Agents were informed that RUIZ was no longer living at the residence and was currently living with his mother, Jennifer GARZA, at ███████ McAllen, TX 78504. I contacted GARZA via telephone (956) 789-███. GARZA exited the residence with her husband, her daughter, and RUIZ. RUIZ signed a consent to search form for his room and GARZA signed a consent to search form for the entire residence.

14. GARZA advised agents that her mother had already called her and informed her we served a search warrant at the residence located at ███████, McAllen, TX 78501. GARZA's mother also told her it was in relation to a child pornography investigation. RUIZ told investigators he had a red IPhone, an IPad, and an old Android. The Android is believed to be the target device. RUIZ went through steps to disable and hide the device once he heard we contacted his brother, Isaac Mendoza, at the above listed address.

15. RUIZ broke the screen of the Android device, hid the phone inside a large bag of dog food in the garage, and removed the battery hiding it behind a bedframe on the other side of the garage. ISAAC stated when RUIZ was living at the above listed address in January and February of 2020 he would not allow anyone near his Android phone. ISAAC was positive RUIZ had an Android phone and was the only one in the residence that used an Android device.